**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re FLEXTRONICS, INC.
SECURITIES LITIGATION,

No. C-03-2102 PJH

**ORDER**

This Document Relates To:
ALL ACTIONS
_____/

Before this Court are fifteen cases consolidated by and transferred from the Southern District of New York.[1] The court enters the following preliminary orders.

1. All filings in the consolidated matters shall be made in the file for C-03-2102 PJH.

2. It appears that the parties previously stipulated on October 11, 2002 that plaintiffs Bordelove, Hoiness, Pang, Peterson, Taylor, E. Vieyra, J. Vieyra, Stockton, M. Vierya, Buck, Rusch, and Optimum Investment shall serve as lead plaintiffs; that the law firms of Milberg Weiss Bershad Hynes & Lerach LLP, Scott & Scott LLC, and Schriffrin & Barroway LLP shall serve as lead counsel; and the law firm of Bernstein Liebhard & Lifshitz shall serve as liaison counsel. If that stipulation is altered by the transfer of this case to this district, a revised stipulation should be submitted as soon as possible by all parties. If necessary, local counsel should also be retained.

3. The plaintiffs shall submit by June 6, 2003 a revised consolidated complaint that conforms with the Northern District local rules and the pleading requirements for securities fraud complaints in the Ninth Circuit, as set forth in Ronconi v. Larkin, 253 F.3d 423 (9th Cir. 2001); In re Silicon Graphics Sec. Litig., 183 F.3d 970 (9th Cir. 1999); In re Harmonic Sec.

---

[1] These cases are: C-02-2102 PJH, C-02-2104 PJH, C-02-2105 PJH, C-02-2106 PJH, C-02-2107 PJH, C-02-2108 PJH, C-02-2109 PJH, C-02-2110 PJH, C-02-2111 PJH, C-02-2112 PJH, C-02-2113 PJH, C-02-2114 PJH, C-02-2115 PJH, C-02-2116 PJH, and C-02-2117 PJH.

Litig., 163 F. Supp. 2d 1079 (N.D. Cal. 2001); and In re Autodesk Inc. Sec. Litig., 132 F. Supp. 2d 833 (N.D. Cal. 2000), among others. Defendants' motions to dismiss, if any are contemplated, should be filed based on the revised consolidated complaint.

The law firm of Milberg Weiss is requested to serve this order on all parties.

**IT IS SO ORDERED.**

Dated: May __, 2003

_____
PHYLLIS J. HAMILTON
United States District Judge